COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. Sherwin A. HILL, Special Administrator, Estate of John R. McNaughton, Deceased, Respondent.

No. 8610.

Circuit Court of Appeals, Sixth Circuit.

April 18, 1941.

Samuel O. Clark, Jr., J. P. Wenchel, Sewall Key, Irving M. Tullar, and Howard D. Pack, all of Washington, D. C., for petitioner.

Thomas H. Adams, of Detroit, Mich., for respondent.

Before SIMONS, HAMILTON, and MARTIN, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of the record, briefs and argument of counsel, and it appearing that the questions sought to be presented in this action are controlled by the case of Helvering v. Hammel, 311 U.S. 504, 61 S.Ct. 368, 85 L. Ed. ——, 131 A.L.R. 1481, decided January 6, 1941, adverse to the contention of the respondent, the order of the Board, 40 B.T.A. 376, must be reversed.

In our opinion the fact that respondent's decedent executed a quitclaim deed conveying his right of redemption to the property sold at the sheriff's foreclosure sale, subsequent to said sale, does not make the Hammel case inapplicable. The order of the Board is reversed, and cause remanded, with directions to the Board to find that the loss sustained by the decedent for the taxable year 1934 in the disposition of certain real estate is subject to the limitations prescribed by Section 117(a) of the Revenue Act of 1934, 26 U.S.C.A. Int.Rev.Acts, page 707.

EMPIRE TRUST COMPANY et al., Executors of William Dwight Tracy, Petitioners, v. Guy T. HELVERING, Commissioner of Internal Revenue, Respondent.

No. 178.

Circuit Court of Appeals, Second Circuit.

May 5, 1941.

Raymond B. Seymour, of New York City, for petitioners.

Ellis N. Slack, Sp. Asst. to Atty. Gen., for respondent.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order, 41 B.T.A. 839, affirmed on authority of Johnson v. Commissioner, 2 Cir., 86 F.2d 710.

Walter L. FLORY and Julia McCune Flory, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 8592.

Circuit Court of Appeals, Sixth Circuit.

April 16, 1941.

Thompson, Hine & Flory, of Cleveland, Ohio, for petitioners.

Samuel O. Clark, Jr., J. P. Wenchel, Sewall Key, John W. Smith, and Mamie S. Price, all of Washington, D. C., for respondent.

Before HICKS, SIMONS, and MARTIN, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of the record, briefs and argument of counsel, upon consideration whereof, it is ordered and adjudged that the decision of the Board of Tax Appeals be and the same is affirmed upon the grounds and for the reasons set forth in the opinion of the Board filed November 16, 1939.